844

No. 82–7007. PAWLYSHYN v. SMITH, SUPERINTENDENT, ATTICA CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.

No. 82–7008. HARRIS ET AL. v. KASTAMA ET AL. Sup. Ct. Wash. Certiorari denied.

No. 82–7009. SOTO-DURAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–7010. HERNANDEZ v. ESTELLE, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 82–7011. DANIELS v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 82–7012. SANCHEZ v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 82–7016. RYAN v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–7017. FORBES ET AL. v. MUNICIPAL COURT OF LOS ANGELES JUDICIAL DISTRICT ET AL. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 82–7018. MURPH v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–7020. BAKER v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 82–7021. MCKIBBINS v. ILLINOIS. Sup. Ct. Ill. Certiorari denied.

No. 82–7022. MULVILLE v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 82–7023. TOKAR ET AL. v. HEARNE ET AL. C. A. 5th Cir. Certiorari denied.

No. 82–7024. TINNEN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 82–7025. PRIVETT v. UNITED STATES. C. A. 11th Cir. Certiorari denied.